ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 25 2007
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN GREEN, JR., 1160628, <br>     Petitioner, <br><br> v. <br><br> NATHANIEL QUARTERMAN, <br> Director TDCJ-CID, <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> )    No. 3:06-CV-20-B <br> )    ECF <br> ) <br> ) <br> ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 25th day of April, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE